COMMONWEALTH OF MASSACHUSETTS

*District of Massachusetts*

*Safety Insurance Company*

vs.

*United States of America*

United States District Court
CIVIL ACTION NO.

**03-12418 GAO**

MAGISTRATE JUDGE

**COMPLAINT**
(Motor Vehicle)

## PARTIES

1. The Plaintiff is Safety Insurance Company, a Massachusetts insurance corporation duly organized and existing with a usual place of business at 20 Custom House Street, Boston, MA, as Subrogee of Lindsey Deardorff, 48 Zoar Avenue, Dedham, MA and the Defendant is the United States of America, National Guard, 50 Maple Street, Milford, MA.

## COUNT ONE

2. The Plaintiff says that on or about July 19, 2002 at or near Route 495, Hopkinton, MA, the Defendant United States of America by a person for whom the United States of America was legally responsible so carelessly and negligently operated a motor vehicle so as to cause the same to run into and collide with the motor vehicle owned by the said Lindsey Deardorff.

3. That as a result thereof, the motor vehicle owned by the said Lindsey Deardorff was broken and damaged to the amount of $6,886.25.

4. That the Plaintiff, as insurer for the said Lindsey Deardorff was obligated and did expend the sum of $6,886.25.

WHEREFORE, THE PLAINTIFF RESPECTFULLY DEMANDS JUDGMENT UNDER COUNT ONE TOGETHER WITH INTEREST AND COSTS THEREON.

Dated this _____ day of ___November___, 2003.

By Plaintiff's Attorneys,

O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000
(BBO#378185-TCOK)
(OF# SS-03-324)
(YF# 20021002056)

FILING FEE PAID:
RECEIPT # 52169
AMOUNT $ 150.00
BY DPTY CLK ____
DATE 12-1-03

## JURY DEMAND

Plaintiff hereby respectfully demands a trial by jury.

Dated this _21st_ day of _November_, 2003.

By the Plaintiff's Attorneys:

_/s/_

O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000