## COMMONWEALTH OF MASSACHUSETTS

**District of Massachusetts**                                **United States District Court**
                                                             **CIVIL ACTION NO.**

| | |
|---|---|
| **Safety Insurance Company** | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| **United States of America** | ) |

### JURY DEMAND

The Plaintiff hereby respectfully demands a trial by jury in either or both Superior Court or District Court.

Dated this _____ day of ___November___, 2003.

By the Plaintiff's Attorneys:

_____
O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000

03-12418 GAO